

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00198-CR

---

**FERNANDO ADAME, JR., APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 100th District Court
Hall County, Texas
Trial Court No. 3794 (Counts I & II), Honorable Stuart Messer, Presiding

---

February 14, 2022

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Fernando Adame, Jr., appeals his convictions for aggravated assault with a deadly weapon[1] and for failure to stop and render aid following a traffic accident.[2] He was sentenced to sixty years' confinement for aggravated assault and ten years' confinement for failure to stop and render aid, with the sentences to run concurrently.

---

[1] *See* TEX. PENAL CODE ANN. § 22.02.

[2] *See* TEX. TRANSP. CODE ANN. § 550.021.

The reporter's record was due January 31, 2022, but was not filed. The Court has been notified that the reporter, Krista Hodges, passed away on January 16, 2022. Under these unfortunate circumstances, we abate the appeal and remand the cause to the trial court to arrange for the appointment of a deputy reporter to complete the record, if possible. *See* Tex. R. App. P. 13.5, 35.3(c), 37.3(a)(2). The name, address, telephone number, and email address of the deputy reporter shall be provided by order of the trial court and included in a supplemental clerk's record to be filed with this Court by March 16, 2022. The reporter's record shall be filed with this Court within thirty days of the date of appointment of the deputy reporter. Should further time be needed to perform these tasks, then same may be requested.

It is so ordered.

Per Curiam

Do not publish.